NATURAL RESOURCES DEFENSE
COUNCIL, INC.

v.

ENVIRONMENTAL PROTECTION
AGENCY, et al.

No. 85–1150.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 28, 1987.

Before WALD, Chief Judge, and
ROBINSON, MIKVA, EDWARDS,
GINSBURG, BORK, STARR,
SILBERMAN, BUCKLEY, WILLIAMS
and GINSBURG, Circuit Judges.

ORDER

PER CURIAM.

Petitioner's suggestion for rehearing *en
banc* was circulated to the full Court. The
taking of a vote thereon was requested. A
majority of the judges of the Court in
regular active service have voted in favor
of the suggestion. Accordingly, it is

ORDERED, by the Court *en banc*, that
this matter will be reheard by the Court
sitting *en banc*, and it is

FURTHER ORDERED, by the Court *en
banc*, that the opinion and judgment of
November 4, 1986 be, and the same hereby
are, vacated.

A future order will govern further pro-
ceedings.